## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

TRISTAN SKAGGS, et al.

vs.

CITY OF CHICAGO, et al.

**08CV3768**
**JUDGE COAR**
**MAG. JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Tristan Skaggs, Betty Tyler, as Special Administrator of the Estate of William Tyler, deceased, and Patricia Thomas, as Special Administrator of the Estate of arcus Thomas, deccased.

FILED
JUL 2 2008
JUL - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>David T. Odom | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>david T. Odom & Associates, P.C. | |
| STREET ADDRESS<br>24724 Royal Lytham Drive | |
| CITY/STATE/ZIP<br>Naperville, Illinois 60564 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6211444 | TELEPHONE NUMBER<br>630-904-0619 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |