## United States District Court for the Northern District of Illinois

Case Number: 08CV3768         Assigned/Issued By: DAJ

Judge Name: COAR             Designated Magistrate Judge: NOLAN

### FEE INFORMATION

Amount Due:   [✓] $350.00      [ ] $39.00       [ ] $5.00
              [ ] IFP          [ ] No Fee       [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 4624005158

Date Payment Rec'd: 07/02/08       Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                         [ ] Alias Summons

[ ] Third Party Summons             [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                    (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
      (Type of Writ)

_6_ Original and _6_ copies on _07/02/08_ as to _DEF'S._
                               (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05