UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 08 C 3768 |
|---|---|---|
| Skaggs, et al. City of Chicago, et al. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Bocardo, John Roberts, and John Graham

| SIGNATURE |  |
|---|---|
| /s/ Josh M. Engquist | |
| **FIRM** | |
| City of Chicago, Dept. Of Law | |
| **STREET ADDRESS** | |
| 30 N. LaSalle Street, Suite 1400 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6242849 | (312) 744-7852 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ■     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐     NO ■ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ■ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ■ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |