IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTAN SKAGGS, BETTY TYLER, as Special Administrator of the Estate of WILLIAM TYLER, Deceased, and PATRICIA THOMAS, as Special Administrator of the Estate of MARCUS THOMAS, Deceased, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | 08 C 3768 |
| CITY OF CHICAGO, a Municipal Corporation, MICHAEL BOCARDO, Individually and as an Employee of the City of Chicago, JOSEPH GORMAN, Individually and as an Employee of the City of Chicago, JAMES SANCHEZ, Individually and as an Employee of the City of Chicago, JOHN ROBERTS, Individually and as an Employee of the City of Chicago, and JOHN GRAHAM, Individually and as an Employee of the City of Chicago, | ) ) ) ) ) ) ) ) ) ) ) | JUDGE COAR<br><br>Magistrate Judge Nolan |
| Defendants. | ) | |

**DEFENDANTS CITY OF CHICAGO,
MICHAEL BOCARDO, JOHN ROBERTS, AND
JOHN GRAHAM'S <u>AGREED</u> MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, City of Chicago ("City"), Michael Bocardo, John Roberts, and John Graham, through their attorney Josh M. Engquist, Special Litigation Counsel for the City of Chicago, move this Honorable Court pursuant Fed. R. Civ. P. 6 (b)(1) for an extension of time to Answer or otherwise respond to Plaintiffs' Complaint. In support of this motion, they state as follows:

1. Plaintiff filed his Complaint on July 2, 2008 naming the City of Chicago, Michael Bocardo, Joseph Gorman, James Sanchez, John Roberts, and John Graham.

2. As of the time of this filing, the City of Chicago, Michael Bocardo, John Roberts, and John Graham have been served and appearances have been filed on their behalf.

3. The undersigned counsel will be filing appearances for both Joseph Gorman and James Sanchez, as soon as, the undersigned is notified as that they have been served.

4. The undersigned counsel requires additional time to gather the necessary documentation and meet with all of the individual defendants in order to respond adequately to Plaintiffs' Complaint.

5. On July 25, 2008, Plaintiffs' counsel indicated, during a telephone conversation, that Plaintiff had no objection to this motion.

6. This extension is not intended to delay and will not prejudice any of the parties.

Wherefore, Defendants, City of Chicago, Michael Bocardo, John Roberts, and John Graham, respectfully request an extension of thirty (30) days from July 28, 2008 to Answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

/s/ Josh M. Engquist
JOSH M. ENGQUIST
Special Litigation Counsel

30 N. LaSalle Street, Suite 1720
Chicago, Illinois 60602
(312) 744-7852
(312) 744-8373 (FAX)