IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTAN SKAGGS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | 08 C 3768 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | JUDGE COAR |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

To:   David T. Odom
      24724 Royal Lytham Drive
      Naperville, Illinois 60564

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS CITY OF CHICAGO, MICHAEL BOCARDO, JOHN ROBERTS, AND JOHN GRAHAM'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in his place or stead, on the 4th day of August, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached motion.

   **DATED** at Chicago, Illinois this 28th day of July, 2008.

                                             Respectfully submitted,


                                              /s/ Josh M. Engquist
                                             JOSH M. ENGQUIST
30 N. LaSalle Street, Suite 1720             Special Litigation Counsel
Chicago, Illinois 60602
(312) 744-7852
(312) 744-8373 (FAX)

**CERTIFICATE OF SERVICE**

_____I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS CITY OF CHICAGO, MICHAEL BOCARDO, JOHN ROBERTS, AND JOHN GRAHAM' S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**, to be mailed to the person named in the foregoing notice at the address therein shown, on this 28th day of July, 2008.

/s/ Josh M. Engquist
JOSH M. ENGQUIST