**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Tristan Skaggs, et al.
                    Plaintiff,

v.                                              Case No.: 1:08–cv–03768
                                                Honorable David H. Coar

City Of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

    MINUTE entry before the Honorable David H. Coar:Defendants'Motion for extension of time to answer [8] is granted. Defendants to file an answer or other pleading on or before 8/29/2008. Parties need not appear on the noticed motion date of 8/4/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.