IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRISTAN SKAGGS, BETTY TYLER, et al. ) | |
| ) | |
| ) | 08 C 3768 |
| Plaintiffs, ) | |
| ) | JUDGE COAR |
| v. ) | |
| ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al. ) | |
| ) | |
| Defendants. ) | JURY DEMAND |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   David T. Odom
   David T. Odom & Associates, P.C.
   24724 Royal Lytham Drive
   Naperville, Illinois 60564

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a **Defendants' Answer, Defenses and Jury Demand to Plaintiffs' Complaint**.

   **I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **Notice of Filing** and **Defendants' Answer, Defenses and Jury Demand to Plaintiffs' Complaint** to was served upon the below-named at the below addresses by U.S. Mail on the 25th day of August, 2008, unless they were otherwise officially served by way of this Court's electronic filing system.

   **DATED** at Chicago, Illinois this 25th day of August, 2008.

                           Respectfully submitted,

                            /s/ Josh M. Engquist
30 N. LaSalle St., Suite 1720      JOSH M. ENGQUIST
Chicago, Illinois 60602         Special Litigation Counsel
(312) 744-7852
(312) 744-8373 (FAX)
ATTY. NO.  6242849